IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M.S.P.C.,

    Petitioner,

v.                                                       CIV 14-769 JCH/CG

U.S. Customs and Border Protection; U.S.
Department of Homeland Security; Jeh
Johnson, Secretary of DHS; Eric H. Holder,
Jr., Attorney General of the United States; R.
Gil Kerlikowske, Commissioner of CBP;
Thomas S. Winkowski, Principal Deputy
Assistant Secretary, Immigration and
Customs Enforcement; Leon Rodriguez,
Director of U.S. Citizenship and Immigration
Services; Hector Mancha, El Paso Director of
Field Operations, CBP; Martin E. Zelenka,
ICE Officer-in-Charge, Artesia; and Adrian
P. Macias, El Paso Field Office Director,
ICE,

    Respondents.

## JUDGMENT

In a Memorandum Opinion and Order (ECF No. 47) filed October 16, 2014, the Court found it lacks jurisdiction over the merits of Petitioner's claims. This Final Judgment, in compliance with Rule 58(a) of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of Respondents on Petitioner's claims, and the case is **DISMISSED** in its entirety.

_____
UNITED STATES DISTRICT JUDGE